UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL NO. 07-55-HRW

DEWAN L. ROBBINS                                                                          PLAINTIFF

VS:                         RECOMMENDED DISPOSITION OF
                            MOTIONS FOR DEFAULT JUDGMENT

DENISE BLACK and
DR. RONALD FLEMING                                                                    DEFENDANTS

\* \* \* \* \*

The Court considers Plaintiff's motions for entry of default or for default judgment. *See* DE ## 21, 22, & 23. The Court also has reviewed the responses of Defendant Black and Defendant Fleming. *See* DE## 27 & 26. For the reasons that follow, the Court recommends that the District Court DENY the Plaintiff's motions.

Default is available under Rule 55 only when a party required to plead or otherwise defend against a claim fails in that duty. Proper service of a pleading and process triggers a party's obligation to plead or defend, per Rule 12. Here, the record nowhere indicates that Defendants Black[1] and Fleming, who are the subject of the motions for default, have been properly served with process and the complaint in this action. As such, the predicate for default is absent, and the District Court should deny the motion for entry. Default being a prerequisite of judgment, under Rule 55, plainly no default judgment can issue. The motions should be entirely denied by the District Court.

---

[1] Defendant Black has filed an Answer. *See* DE# 25.

1

The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights concerning this recommendation, issued under subsection (B) of said statute. As defined by § 636(b)(1), Rule 72(b), and local rule, within ten days after being served with a copy of this recommended decision, any party may serve and file written objections to any or all portions for consideration, de novo, by the District Court.

This the 6th day of December, 2007.

Signed By:
Robert E. Wier    REW
United States Magistrate Judge

G:\07-55 Robbins\default R&R.wpd