UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 07-55-HRW

DEWAN ROBBINS,                                              PLAINTIFF,

v.                              **ORDER**

DENISE BLACK, et al.,                                       DEFENDANTS.

Dewan Robbins, an inmate at the Northpoint Training Center in Burgin, Kentucky, filed, *pro se*, this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed motions for entry of default judgment [Docket Nos. 21, 22 and 23]. Consistent with local practice, the motions were referred to United States Magistrate Judge Robert E. Weir for a report and recommendation.

Magistrate Judge Wier has since issued a report and recommendation that the Court deny Plaintiff's motions [Docket No. 29].

The parties did not file objections to the report and recommendation and the time for doing so has now passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

As no objections were filed, the Plaintiff has waived his right to further appeal in this regard. *Thomas v. Arn*, 728 F. 2d 813, 814 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

1) that the Magistrate Judge's report and recommendation [Docket No. 29] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court;

2) that in conformity therewith, Plaintiff's motions for Default Judgment [Docket Nos. 21, 22 and 23] are hereby **OVERRULED.**

This  30  day of April, 2008.

_____
Henry R. Wilhoit, Jr., Senior Judge

2